THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THOMAS M. GRISSETT,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security<br><br>Defendant. | CASE NO. C10-1932-JCC<br><br>ORDER |

The Court, after careful consideration of the Plaintiff's complaint, the parties' briefs, all papers and exhibits filed in support and opposition thereto, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

1) The Court adopts the Report and Recommendation. (Dkt. No. 23.)
2) The final decision of the Commissioner is REVERSED and this case is REMANDED to the Social Security Administration for further proceedings not inconsistent with the Report and Recommendation.

//

//

ORDER
PAGE - 1

3) The Clerk of the Court is directed to send copies of this Order to the parties and to Judge Donohue

DATED this 22nd day of September 2011.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2